AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )      Case No.   4:25cr169 TER
Geo-location data and/or real time tracking data for the )
target telephone number as described in DEA TFO's )
Byrd-Lewis' Affidavit dated September 5, 2023 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A to the affidavit of DEA TFO Byrd-Lewis dated September 5, 2023

located in the _____ District of ____South Carolina____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attahcment B to the affidavit of DEA TFO Byrd-Lewis dated September 5, 2023

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute a controlled substance |

The application is based on these facts:
See affidavit of DEA TFO Byrd-Lewis

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Brooklyn Byrd-Lewis, DEA TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Sept 5, 2023

*Judge's signature*

City and state: Florence, SC

Thomas E. Rogers, III, U.S. Magistrate Judge
*Printed name and title*